F I L E D
Clerk
District Court
FEB 24 2014
for the Northern Mariana Islands
By_____
(Deputy Clerk)

STEPHEN J. NUTTING, ESQ.
Law Office of Stephen J. Nutting
Post Office Box 5093
Saipan, MP 96950
Telephone:	(670) 234-6891
Facsimile:	(670) 234-9893

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MIZANUR RAHMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PHILLIP CORP.(dba Sky Tours)**,**<br><br>　　　　Defendant. | CIVIL ACTION NO. <u>14-0004</u><br><br>**ORDER OF DISMISSAL**<br>PURSUANT TO FED.R.CIV.P.<br>RULE 41(a)(1)(A)(i) |

　　Upon receiving notice from the Plaintiff of the settlement reached in the above entitled cause, and a request that the matter be dismissed pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), the Court finds good cause to dismiss the above entitled matter with prejudice.  The Court shall retain jurisdiction as necessary to enforce the settlement agreement reached between the parties. The Court directs the Clerk to close this case.

Dated February 24, 2014　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RAMONA V. MANGLONA
　　　　　　　　　　　　　　　　　　　　　　　District Court Judge